23 A.3d 966

COMMONWEALTH of Pennsylvania, Respondent

v.

James WHITE, Petitioner.

No. 155 EM 2010.

Supreme Court of Pennsylvania.

March 9, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of March, 2011, the Petition for Extraordinary Relief is **DENIED.**